In the Matter of HALLWOOD
ENERGY L.P., Debtor.

Ray Balestri, Trustee of the Hallwood
Energy I Creditors' Trust, as Succes-
sor in Interest to Hallwood Energy
L.P., Plaintiff–Appellee,

Hall Phoenix/Inwood L.T.D., Intervenor
Plaintiff–Appellee,

v.

The Hallwood Group Incorporated,
Defendant–Appellant.

No. 12–10553.

United States Court of Appeals,
Fifth Circuit.

June 7, 2013.

Frank Jennings Wright, Wright Gins-
berg Brusilow, P.C., Dallas, TX, for Plain-
tiff–Appellee.

Lisa Staler Gallerano, Akin Gump
Strauss Hauer & Feld, L.L.P., Dallas, TX,
Frank Jennings Wright, for Intervenor
Plaintiff–Appellee.

Mark Steven Werbner, E. Sawyer Nee-
ly, William S. Snyder, Sayles Werbner,
P.C., Dallas, TX, for Defendant–Appellant.

Before SMITH, HAYNES, and
GRAVES, Circuit Judges.

PER CURIAM: *

This dispute, ultimately decided in bank-
ruptcy proceedings, arose from agree-
ments entered into for oil exploration.
The defendant appeals a large damage
award based variously on theories includ-
ing breach of contract, fraud, and tortious
interference with contract. The bankrupt-
cy court issued a lengthy opinion, contain-
ing findings and conclusions, with which
the district court largely agreed in affirm-
ing.

We have reviewed the briefs and appli-
cable law and pertinent portions of the
record. The judgment works no injustice
under the facts as shown, and, expressing
no view on the specific reasoning of the
bankruptcy and district courts in view of
the arguments presented, we find no re-
versible error.

AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.